UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                         Case No: 6:18-cr-51-Orl-41DCI

**CHAYLA ARCHAMBAULT**
                                               /

**ORDER**

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (Doc. 53) filed on March 28, 2018. United States Magistrate Judge Daniel C. Irick recommends that the Court accept Defendant's Plea Agreement (Doc. 42) and guilty plea, that Defendant be adjudicated guilty, and that the Court impose sentence at a sentencing hearing.

After an independent *de novo* review of the record and noting that the Government filed a Notice of No Objection (Doc. 54) on March 28, 2018, as did Defendant (Doc. 55), this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. The plea is accepted and Defendant is hereby adjudicated guilty as to Count One of the Information (Doc. 37).

Therefore, it is **ORDERED** and **ADJUDGED** that the Report and Recommendation (Doc. 53) filed on March 28, 2018, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2018.



Copies furnished to:

Counsel of Record